# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2739
_____

JULIE L. JONES, Secretary of the
Florida Department of
Corrections, T. J. LINGO, RANDY
ROMINE, and WARDEN COKER,

    Appellants,

    v.

DERRICK ALLEN,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

December 28, 2018

PER CURIAM.

    DISMISSED. *Fla. Highway Patrol v. Jackson*, 238 So. 3d 430
(Fla. 1st DCA 2018).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Appellants.

No appearance for Appellee.